REBECCA HARLOW (*pro hac vice forthcoming*)
rharlow@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105-2669
Telephone: +1 415 773 5700

Gregory A. Brower
Nevada Bar No. 5232
gbrower@bhfs.com
Ashley N. Schobert
Nevada Bar No. 16317
aschobert@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada, 89106-4614
Telephone: +1 702 464 7026

*Attorneys for Defendant*
*Figure Technology Solutions, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARION LEACH on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>FIGURE TECHNOLOGY SOLUTIONS, INC.,<br><br>Defendant. | Case No.  2:26-CV-00943-MMD-~~NJK~~ EJY<br><br>**JOINT STIPULATION AND ~~[PROPOSED]~~ ORDER FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT**<br><br>**(First Request)** |

Defendant and Plaintiff, through their respective undersigned counsel, hereby respectfully request this Court extend Defendant's deadline to respond to Plaintiff's Complaint by 57 days from May 4, 2026 until June 30, 2026.

This is the first stipulation for an extension of time to respond to Plaintiff's Complaint. This extension of time is requested because the parties are exploring potential consolidation of seven related matters across five jurisdictions and early resolution of all matters. This stipulation is made in good faith and not in an effort to delay the proceedings.

All parties appearing in this action are represented in this stipulation.

Dated:  May 4, 2026

Respectfully submitted,

BROWNSTEIN HYATT FARBER SCHRECK, LLP

By: */s/ Gregory A. Brower*
Gregory A. Brower (Nevada Bar No. 5232)
gbrower@bhfs.com
Ashley N. Schobert (Nevada Bar No. 16317)
aschobert@bhfs.com
100 North City Parkway, Suite 1600
Las Vegas, Nevada, 89106-4614
Telephone: (702) 464-7026

ORRICK HERRINGTON & SUTCLIFFE LLP
Rebecca Harlow (*pro hac vice forthcoming*)
rharlow@orrick.com
405 Howard Street
San Francisco, CA 94105-2669
Telephone: (415) 773-5700

*Attorneys for Defendant*
*Figure Technology Solutions, Inc.*

IT IS SO ORDERED.

U.S. MAGISTRATE JUDGE

Date:  May 22, 2026

CLAGGETT & SYKES LAW FIRM

By: */s/ Michael J. Gayan*
Michael J. Gayan, Esq. (#11135)
CLAGGETT & SYKES LAW FIRM
1160 N. Town Center Drive, Suite 200
Las Vegas, Nevada 89144
Tel: (702) 655-2346
Fax: (702) 655-3763
mike@claggettlaw.com

- 2 -