REBECCA HARLOW (*pro hac vice forthcoming)*
rharlow@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105-2669
Telephone: +1 415 773 5700

Gregory A. Brower
Nevada Bar No. 5232
gbrower@bhfs.com
Ashley N. Schobert
Nevada Bar No. 16317
aschobert@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada, 89106-4614
Telephone: +1 702 464 7026

*Attorneys for Defendant*
*Figure Technology Solutions, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARION LEACH on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>FIGURE TECHNOLOGY SOLUTIONS, INC.,<br><br>Defendant. | Case No. 2:26-cv-00943-MMD-EJY<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT**<br><br>**(Fourth Request)** |

Defendant and Plaintiff, through their respective undersigned counsel, hereby respectfully request this Court extend Defendant's deadline to respond to Plaintiff's Complaint by 30 days from August 31, 2026 to September 30, 2026.

This is the fourth stipulation for an extension of time to respond to Plaintiff's Complaint. This is one of five actions across four jurisdictions filed against Defendants and/or related entities asserting claims arising out of the same data incident. This extension of time is requested because the parties have engaged in productive discussions over the last month and are nearing early resolution of the matter on a class-wide basis and require additional time to continue those discussions. Good cause exists for the requested extension because the parties are nearing a class-wide settlement that may narrow or eliminate the issues requiring litigation, and the requested extension will allow those discussions to continue without prejudice to any party. This stipulation is made in good faith and not for purposes of delay.

All parties appearing in this action are represented in this stipulation.

**IT IS SO ORDERED:**

UNITED STATES MAGISTRATE JUDGE

DATED: August 27, 2026

Dated: August 27, 2026

Respectfully submitted,

BROWNSTEIN HYATT FARBER SCHRECK, LLP

By: _/s/ Gregory A. Brower_
Gregory A. Brower (Nevada Bar No. 5232)
gbrower@bhfs.com
Ashley N. Schobert (Nevada Bar No. 16317)
aschobert@bhfs.com
100 North City Parkway, Suite 1600
Las Vegas, Nevada, 89106-4614
Telephone: (702) 464-7026

ORRICK HERRINGTON & SUTCLIFFE LLP
Rebecca Harlow (*pro hac vice forthcoming)*

rharlow@orrick.com
405 Howard Street
San Francisco, CA 94105-2669
Telephone: (415) 773-5700

*Attorneys for Defendant*
*Figure Technology Solutions, Inc.*

CLAGGETT & SYKES LAW FIRM

By: */s/ Michael J. Gayan*
Michael J. Gayan, Esq. (#11135)
CLAGGETT & SYKES LAW FIRM
1160 N. Town Center Drive, Suite 200
Las Vegas, Nevada 89144
Tel: (702) 655-2346
Fax: (702) 655-3763
mike@claggettlaw.com

Patrick A. Barthle, Esq. (*pro hac vice*)
MORGAN & MORGAN
201 N. Franklin St., 7th Floor
Tampa, Florida 33602
Tel: (813) 229-4023
Fax: (813) 222-4708
PBarthle@forthepeople.com

Ryan D. Maxey (*pro hac vice forthcoming*)
MAXEY LAW FIRM, P.A.
107 N. 11th St. #402
Tampa, Florida 33602
Tel: (813) 448-1125
ryan@maxeyfirm.com

*Attorneys for Plaintiff and the Proposed Class*